| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Onyx Site Services LLC.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **47-3319074**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **771 North Moody Road** <br> **Palatka, FL 32177** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Putnam** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Onyx Site Services LLC.**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **Onyx Site Services LLC.**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Onyx Site Services LLC.**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Onyx Site Services LLC.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 11, 2024**
MM / DD / YYYY

**X** **/s/ Joseph A. Silas**          **Joseph A. Silas**
Signature of authorized representative of debtor          Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Robert C. Bruner**          Date **June 11, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Robert C. Bruner 0065876**
Printed name

**Bruner Wright, P.A.**
Firm name

**2868 Remington Green Circle, Suite B**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone  **(850) 385-0342**     Email address  **rbruner@brunerwright.com**

**0065876 FL**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Onyx Site Services LLC.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **121 Financial** PO Box 40769 Jacksonville, FL 32203 | | | | | | $100,000.00 |
| **All Pro Land Clearing** 430 Easton Forest Circle SW Palm Bay, FL 32909 | | | | | | $79,000.00 |
| **Ally Financial** PO Box 380902 Minneapolis, MN 55438 | | F450 | | $103,925.94 | $0.00 | $103,925.94 |
| **Alta Equipment** 8418 Palm River Rd Tampa, FL 33619 | | | | $165,000.00 | $0.00 | $165,000.00 |
| **Amerisafe** PO Box 732643 Dallas, TX 75373 | | | | | | $54,176.26 |
| **Arrive Alive Traffic Control** PO Box 607191 Orlando, FL 32860 | | | | | | $79,699.90 |
| **Cat Financial** 2120 West End Ave Nashville, TN 37203 | | | | $98,000.00 | $0.00 | $98,000.00 |
| **CFT** 511 Mulberry St Coleman, FL 33521 | | | | $200,000.00 | $0.00 | $200,000.00 |
| **ForMasters Corporation** 5959 Pinecone Dr Mentor, OH 44060 | | | | | | $150,000.00 |

Debtor **Onyx Site Services LLC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forterra/Rinker** 19500 State Highway 249 Suite 540 Houston, TX 77070 | | | | $211,488.18 | $0.00 | $211,488.18 |
| **Fortiline** PO Box 744053 Atlanta, GA 30384 | | | | $408,877.20 | $0.00 | $408,877.20 |
| **John Deere Financial** PO Box 650215 Dallas, TX 75265 | | | | $200,000.00 | $0.00 | $200,000.00 |
| **Lewis Oil** PO Box 141286 Gainesville, FL 32614 | | | | | | $60,000.00 |
| **Linder Machinery** 1601 South Frontage Rd Plant City, FL 33563 | | | | | | $85,039.13 |
| **Lynch Fuel** 1244 E. Carroll St Kissimmee, FL 34744 | | | | | | $77,708.79 |
| **Oldcastle Infrastructure** 12300 Presidents Ct Jacksonville, FL 32220 | | Lien on Project | | $105,744.83 | $0.00 | $105,744.83 |
| **Progressive Insurance Co.** Dept 0561 Carol Stream, IL 60132 | | | | | | $59,552.76 |
| **RPM Crushers & Screens** 24710 Sandhill Blvd #802 Punta Gorda, FL 33983 | | | | | | $53,801.08 |
| **Small Business Administratio** 409 3rd Street, SW Washington, DC 20416 | | | | $2,000,000.00 | $0.00 | $2,000,000.00 |
| **Tokio Marine HCC Surety Grou** 1350 West Cypress St Meridian One Bldg Ste 630 Tampa, FL 33607 | | | | | | $2,000,000.00 |

Onyx Site Services LLC.
771 North Moody Road
Palatka, FL 32177

Arrive Alive Traffic Control
PO Box 607191
Orlando, FL 32860

Cat Financial
2120 West End Ave
Nashville, TN 37203

Robert C. Bruner
Bruner Wright, P.A.
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308

Asphalt Block Concrete
1571 Main Street
Atlantic Beach, FL 32233

CFT
511 Mulberry St
Coleman, FL 33521

121 Financial
PO Box 40769
Jacksonville, FL 32203

Beard Equipment
356 N Hwy 17
Palatka, FL 32177

CMCS
10192 Grand River Rd
Ste 111
Brighton, MI 48116

ACME Barricades
9800 Normandy Blvd
Jacksonville, FL 32221

Beck Ford
420 N Palm Ave
Palatka, FL 32177

Codys Surveying
5508 Brannon Ave
Jacksonville, FL 32244

All Pro Land Clearing
430 Easton Forest Circle SW
Palm Bay, FL 32909

Belcorp
11530 Phillips Hwy
Jacksonville, FL 32256

Duval Asphalt
7544 Phillips Hwy
Jacksonville, FL 32256

Ally Financial
PO Box 380902
Minneapolis, MN 55438

Blacklidge
9655 NW 21st Ave
Anthony, FL 32617

Evergreen Insurance Agency
583 105th Ave N
Unit 2
West Palm Beach, FL 33411

Alta Equipment
8418 Palm River Rd
Tampa, FL 33619

Bozard Ford
540 Outlet Mall Blvd
Saint Augustine, FL 32084

Financial Pacific Leasing
3455 S 344th Way #300
Auburn, WA 98001

Amerisafe
PO Box 732643
Dallas, TX 75373

Bridgefield Casualty Insuran
2310 Commerce Point Dr
Lakeland, FL 33801

Ford
PO Box 55000
Dept 194101
Detroit, MI 48255

Ameristate Interstate
Insurance Co
2301 Hwy 109 W
Deridder, LA 70634

Cat Card
2120 West End Ave
Nashville, TN 37203

ForMasters Corporation
5959 Pinecone Dr
Mentor, OH 44060

Forterra/Rinker
19500 State Highway 249
Suite 540
Houston, TX 77070

Fortiline
PO Box 744053
Atlanta, GA 30384

Great Lakes Recovery
PO Box 638
Manistee, MI 49660

GRU
PO box 1489
Winterville, NC 28590

JB Coxwell Contracting, Inc.
6741 Lloy Rd W
Jacksonville, FL 32254

John Deere Financial
PO Box 650215
Dallas, TX 75265

Kubota
PO Box 559
Carol Stream, IL 60132

Leiffer Excavating
4324 Edewater Dr
Orlando, FL 32804

Lewis Oil
PO Box 141286
Gainesville, FL 32614

Linder Machinery
1601 South Frontage Rd
Plant City, FL 33563

Lynch Fuel
1244 E. Carroll St
Kissimmee, FL 34744

Mobile Mini
4720 SE US 301
Hawthorne, FL 32640

NAPA
3001 Reid St
Palatka, FL 32177

Nicholson A/C & Heating
326 Hwy 17 North
Palatka, FL 32177

Obsidian Specialty Insurance
1330 Avenue of the Americas
Suite 23A
New York, NY 10019

Oldcastle Infrastructure
12300 Presidents Ct
Jacksonville, FL 32220

Palmetto Prime
5423 N 59th St
Tampa, FL 33610

People Ready
1015 A St
Tacoma, WA 98402

Progressive Insurance Co.
Dept 0561
Carol Stream, IL 60132

RPM Crushers & Screens
24710 Sandhill Blvd #802
Punta Gorda, FL 33983

Small Business Administratio
409 3rd Street, SW
Washington, DC 20416

SRM Concrete
3570 Masters Rd
Jacksonville, FL 32226

Tokio Marine HCC Surety Grou
1350 West Cypress St
Meridian One Bldg Ste 630
Tampa, FL 33607