**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

ONYX SITE SERVICES, LLC,                    CASE NO.: 3:24-bk-01656-JAB
                                            CHAPTER 11

    Debtor.
_____/

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7

Onyx Site Services, LLC ("Debtor"), respectfully requests that this Court convert this case to Chapter 7 pursuant to 11 U.S.C. § 1112(a), and in support states as follows:

1. The Debtor filed the petition commencing this Chapter 11 case on June 11, 2024 (the "Petition Date").

2. Since the Petition Date, the Debtor and its principals have worked extremely hard to propose a confirmable plan and reorganize the Debtor's business affairs. The Debtor's principals have also infused thousands of dollars to help the Debtor's chances of succeeding.

3. However, due to certain unforeseen events, including but not limited to what the Debtor's submits is the wrongful termination of contracts by Florida Metal Building Services, Inc., the Debtor is now unable to pay its insurance premiums and continue operations without additional cash infusions.

4. On December 20, 2024, the Court entered the Order Granting Motion to Treat the Upcoming Hearing on Confirmation Scheduled for January 8, 2025 as a Status Conference and Motion to Continue Confirmation Hearing and Extend All Related Deadlines (the "Order," Doc. 182).

5.The Order directed the Debtor to file an amended plan on or before January 21, 2025.

6.However, due to the filing of the instant Motion, the Debtor submits that filing a plan of reorganization at this time would be a waste of both the Court's and the Debtor's resources.

WHEREFORE, the Debtor respectfully requests the entry of an order converting this case to Chapter 7.

Dated: January 16, 2025Respectfully submitted,

**Bruner Wright, P.A.**
*Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Suite B
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By:*/s/ Byron Wright III*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com

## **CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on January 16, 2025 to the following persons at the email addresses noted herein:

Alberta L Adams on behalf of Creditor Frankenmuth Insurance Company
aadams@pdtlegal.com, lpeterson@pdtlegal.com

Tyler James Caron on behalf of Creditor Alta Construction Equipment Florida, LLC
tcaron@thompsonclg.com

Tyler James Caron on behalf of Defendant Alta Construction Equipment Florida, LLC
tcaron@thompsonclg.com

Aaron R. Cohen
aaron@arcohenlaw.com,
vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net

Betsy C Cox on behalf of Creditor John Deere Construction & Forestry Company, d/b/a John Deere Financial
bcox@rtlaw.com, klewis@rtlaw.com

Betsy C Cox on behalf of Creditor John Deere Financial, f.s.b.,doing business as John Deere Financial
bcox@rtlaw.com, klewis@rtlaw.com

Betsy C Cox on behalf of Defendant John Deere Construction & Forestry Company
bcox@rtlaw.com, klewis@rtlaw.com

Joshua B Dawes on behalf of Creditor Florida Pumping Solutions, Inc.
joshua.dawes@atritt.com

Blake J Delaney on behalf of Creditor Caterpillar Financial Services Corporation
blake.delaney@bipc.com, kara.bernstein@bipc.com;eservice@bipc.com

Blake J Delaney on behalf of Defendant Caterpillar Financial Services Corporation
blake.delaney@bipc.com, kara.bernstein@bipc.com;eservice@bipc.com

Jeffrey R Dollinger on behalf of Creditor Lewis Oil Co., Inc.

dollinger@scwlegal.org

Jeffrey R Dollinger on behalf of Defendant Lewis Oil Co., Inc.
dollinger@scwlegal.org

Christopher C Dyer on behalf of Creditor Michelle Ennist
chris@lmdlawfirm.com, chrisdyer32@gmail.com

Christopher C Dyer on behalf of Creditor Peter Ennist
chris@lmdlawfirm.com, chrisdyer32@gmail.com

Robert K Eddy on behalf of Creditor Curb Man, Inc.
reddy@e-rlaw.com, bcruz@e-rlaw.com

Robert F Elgidely on behalf of Creditor Lynch Fuel Company, LLC
relgidely@foxrothschild.com, EAccetta@foxrothschild.com;rsolomon@foxrothschild.com;FL.DKT@foxrothschild.com

Robert F Elgidely on behalf of Defendant Lynch Fuel Company, LLC
relgidely@foxrothschild.com, EAccetta@foxrothschild.com;rsolomon@foxrothschild.com;FL.DKT@foxrothschild.com

Paige A. Greenlee on behalf of Creditor Florida Metal Building Services LLC
paige@greenleelawtampa.com

Samantha A. Kelley on behalf of Debtor Onyx Site Services LLC.
skelley@brunerwright.com, laura@brunerwright.com;twright@brunerwright.com;melanie@brunerwright.com;judy@brunerwright.com;Kelley.SamanthaA.R137801@notify.bestcase.com

Jill E Kelso on behalf of U.S. Trustee United States Trustee - JAX 11
jill.kelso@usdoj.gov

S Jordan Miller on behalf of Creditor American Contractors Indemnity Company
jmiller@mills-legal.com, csoltis@mills-legal.com

S Jordan Miller on behalf of Defendant American Contractors Indemnity Company
jmiller@mills-legal.com, csoltis@mills-legal.com

E. A. "Seth" Mills, Jr. on behalf of Defendant American Contractors Indemnity Company
smills@mills-legal.com, csoltis@mills-legal.com

Michael Quinn Murphy on behalf of Creditor Quick Bridge Funding, LLC

qmurphy@grsm.com, kpatrick@grsm.com;mslocum@grsm.com

Michael Quinn Murphy on behalf of Defendant Quick Bridge Funding, LLC
qmurphy@grsm.com, kpatrick@grsm.com;mslocum@grsm.com

Kathleen M Patrick on behalf of Creditor Quick Bridge Funding, LLC
kpatrick@grsm.com, asoto@grsm.com

Kathleen M Patrick on behalf of Defendant Quick Bridge Funding, LLC
kpatrick@grsm.com, asoto@grsm.com

Bethany R Reichard on behalf of Creditor Ring Investments, LLC
breichard@lippes.com

Bethany R Reichard on behalf of Creditor Ring Power Corporation
breichard@lippes.com

Bethany R Reichard on behalf of Defendant Ring Investments, LLC
breichard@lippes.com

Bethany R Reichard on behalf of Defendant Ring Power Corporation
breichard@lippes.com

Lauren M Reynolds on behalf of Creditor Rycon Construction, Inc.
lreynolds@whww.com, scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com;thiggens@ecf.courtdrive.com;LReynolds@ecf.courtdrive.com

Matthew L Schulis on behalf of Creditor Ally Bank
ANHSOrlans@InfoEx.com, FLBKattorneyecf@orlans.com;mschulis@orlans.com

Matthew L Schulis on behalf of Defendant Ally Bank
ANHSOrlans@InfoEx.com, FLBKattorneyecf@orlans.com;mschulis@orlans.com

Gavin Stewart on behalf of Creditor Kubota Credit Corporation
bk@stewartlegalgroup.com

Gavin Stewart on behalf of Defendant Kubota Credit Corporation, U.S.A.
bk@stewartlegalgroup.com

Kelli Swaney on behalf of Creditor Small Business Administration
kelli.swaney@usdoj.gov, abigail.imhof@usdoj.gov;CaseView.ECF@usdoj.gov;JAXDOCKET.Mailbox@usdoj.gov;Maureen.Wilson@usdoj.gov

Kelli Swaney on behalf of Defendant U.S. Small Business Administration

kelli.swaney@usdoj.gov,
abigail.imhof@usdoj.gov;CaseView.ECF@usdoj.gov;JAXDOCKET.Mailbox@usdoj.gov;Maureen.Wilson@usdoj.gov

Michael A Tessitore on behalf of Creditor Fortiline, Inc.
mtessitore@morankidd.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Robert B Worman on behalf of Creditor Linder Industrial Machinery Company
rworman@wormanlaw.com, kdeming@wormanlaw.com

Robert B Worman on behalf of Defendant Linder Industrial Machinery Company
rworman@wormanlaw.com, kdeming@wormanlaw.com

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on the parties listed on the attached mailing matrix.

Date: January 16, 2025                   */s/ Byron Wright III*
                                          Byron Wright III