**[Doncn117]** [District Order Converting Case from Chapter 11 to Chapter 7 Non–Individual]

ORDERED.

**Dated: February 4, 2025**

_Jacob A. Brown_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No.
                                                            3:24–bk–01656–JAB
                                                            Chapter 7

Onyx Site Services LLC.

_____Debtor*_____/

## ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

THIS CASE came on for hearing on January 28, 2025 on the Motion to Convert Case to Chapter 7 (the Motion) under Section 1112 of the Bankruptcy Code (Document No. (187)). The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

***ORDERED:***

1. The Motion is granted. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

2. Within 14 days from the date of this Order, Debtor shall file a Chapter 7 Statement of Income (Means Test), a Statement of Intent, and any unfiled schedules or Statement of Financial Affairs required by Fed. R. Bankr. P. 1007, or the case may be dismissed without further notice. The following documents are needed: Chapter 7 Statement of Income (Means Test) and Statement of Intentions.

3. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the Order Converting Case, including the name and address of each holder of a claim. If Debtor is represented by an attorney, the attorney shall upload the additional holders of claims via CM/ECF. Debtor or Debtor's attorney shall serve a copy of the Order Converting Case and this notice on each additional holder of a claim and shall file a proof of service with the Court. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the Order Converting Case.

4. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay the overdue filing fee may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3–150
Jacksonville, FL 32202

5. All hearings pending in the Chapter 11 case are cancelled.

6. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

7. Any appointed creditors' committee is dissolved

Byron Wright is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

### *NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **February 27, 2025** at **01:00 PM**. **Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 382 788 7472, and passcode 2386906071, or call 904–670–1963**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201–4218

3. Please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

4. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.